UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **ALBERT W. BLOCK, JR., ET AL.** | **CIV. ACTION NO. 3:22-02746** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **REAL TIME RESOLUTIONS, INC., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 26] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Remand [Doc. No. 13] filed by Plaintiffs Albert Block, Jr. and Claudia Block is **GRANTED,** and that this matter is hereby **REMANDED** to the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana, whence it was removed. 28 U.S.C. § 1447(c).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted [Doc. No. 20] filed by Defendant, Elizabeth Crowell Price, is hereby **DENIED, WITHOUT PREJUDICE** to her right to re-file the substance of the motion following remand, as warranted, in accordance with Louisiana procedural law and devices.

Monroe, Louisiana, this 6th day of February 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE